IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DENNIS NELSON** ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | |
| ) | 1:14-CV-02851-RWS-JFK |
| v. ) | |
| ) | |
| **TED JACKSON** (in his official ) | |
| Capacity as Sheriff of Fulton County,) | |
| and **FULTON COUNTY, GEORGIA**, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned and files this Notice of Substitution of Counsel to remove **Lanna R. Hill** and add **Kaye Woodard Burwell**, of the Office of the Fulton County Attorney, as counsel for Defendants Sheriff Theodore Jackson. It is further requested that the Clerk hereby forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 25th day of June, 2015.

                            **OFFICE OF THE FULTON COUNTY ATTORNEY**

                            */s/ Kaye Woodard Burwell*
                            Kaye Woodard Burwell
                            Georgia Bar No. 775060
                            Kaye.burwell@fultoncountyga.gov

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DENNIS NELSON** ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | |
| ) | 1:14-CV-02851-RWS-JFK |
| v. ) | |
| ) | |
| **TED JACKSON (in his official capacity**) | |
| **As Sheriff of Fulton County), and** ) | |
| **FULTON COUNTY, GEORGIA,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. The undersigned counsel further certifies that a copy of this notice has been served on counsel of record with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 25th day of June, 2015.

*/s/ Kaye Woodard Burwell*
Kaye Woodard Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)