IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>TED JACKSON (in his official capacity of Sheriff of Fulton County),<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-02851-ELR |

## JUDGMENT

This action came before the Honorable Eleanor L. Ross, United States District Judge, for jury trial on Monday, January 23, 2017. On Friday, January 27, 2017, a jury returned a verdict in favor of Defendant, Ted Jackson. The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that plaintiff, Dennis Nelson, take nothing and that the action be dismissed on the merits, and that the defendant, Ted Jackson, recover from the plaintiff, Dennis Nelson, costs of this action as allowed by law.

**IT IS SO ORDERED** this 31st day of January, 2017.

_____
Eleanor L. Ross
United States District Judge

Prepared, Filed, and Entered
In the Clerk's Office
January 31, 2017
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk